FILED
2005 Jul-22 AM 08:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CASE NO. 5:03-cr-00304-LSC-HGD |
| | ) | |
| QIANA "KEEKEE" BAKER | ) | |

**O R D E R**

On June 23, 2005, the magistrate judge's report and recommendation was entered as to defendant's Motion for Sentence Reduction or Home Confinement (Doc. #69) and the parties were allowed therein fifteen (15) days in which to file objections to the recommendations made by the magistrate judge. On June 30, 2005,[1] defendant filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case, the magistrate judge's report and recommendation and defendant's objections thereto, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge and it is therefore

ORDERED, ADJUDGED and DECREED that defendant's motion for modification of her sentence is due to be and hereby is DENIED.

---

[1] Under the "mailbox rule" enunciated in *Houston v. Lack*, 487 U.S. 266, 108 S.Ct. 2397, 101 L.Ed.2d 245 (1988), the date a document is signed and submitted by the inmate to prison authorities for mailing is the effective date of filing.

Done this 21st day of July 2005.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE